UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENJAMIN ESPINOZA | )<br>)<br>) CRIMINAL NO. 05-10060-RCL<br>) VIOLATIONS:<br>) 8 U.S.C. § 1324(a)(1)(A)(ii)<br>)   Transportation of Illegal<br>)   Aliens<br>) 8 U.S.C. § 1324(a)(1)(A)(v)(I)<br>)   Conspiracy to Transport<br>)   Illegal Aliens |

**INDICTMENT**

<u>COUNT ONE</u>:   (Title 8, United States Code, § 1324(a)(1)(A)(ii) --
            Transportation of Illegal Aliens)

The Grand Jury charges that:

On or about February 7, 2005, at Everett, and elsewhere in the District of Massachusetts,

**BENJAMIN ESPINOZA,**

the defendant herein, did, knowing, and in reckless disregard of the fact, that aliens had come to, entered, and remained in the United States in violation of law, transport, and move and attempt to transport and move such aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and Title 18, United States Code, Section 2.

**COUNT TWO:** **(Title 8, United States Code, § 1324(a)(1)(A)(v)(I) --
Conspiracy to Transport Illegal Aliens)**

The Grand Jury further charges that:

Between on or about February 5, 2005 and on or about February 7, 2005, at Everett, and elsewhere in and without the District of Massachusetts,

**BENJAMIN ESPINOZA,**

the defendant herein, together with others known and unknown to the grand jury (the "coconspirators"), did, knowing, and in reckless disregard of the fact, that aliens had come to, entered, and remained in the United States in violation of law, conspire to transport, and move and attempt to transport and move such aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law.

**OVERT ACTS**

In furtherance of the conspiracy, and to effect the objects thereof, defendant BENJAMIN ESPINOZA and others committed the following overt acts, among others, in Massachusetts:

1.  On February 7, 2005, defendant BENJAMIN ESPINOZA drove on Interstate 93 and elsewhere in the District of Massachusetts in a passenger van bearing a Texas license plate in which such aliens were being transported.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

**A TRUE BILL**

*[signature]*
FOREPERSON OF THE GRAND JURY


*[signature]*
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS;                    , 2005

Returned into the District Court by Grand Jurors and filed.

*[signature]*
DEPUTY CLERK   3/16/05 @ 9:50pm

≋JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** ICE

**City** Everett   **Related Case Information:**

**County** Middlesex   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   05-01014-JGD
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Benjamin Espinoza   Juvenile  ☐ Yes  [x] No

Alias Name _____

Address _____

Birth date (Year only): 1965   SSN (last 4 #): _____   Sex M   Race: Hispanic   Nationality: U.S.

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA _____   Bar Number if applicable _____

Interpreter:  [x] Yes  ☐ No   List language and/or dialect:   Spanish

Matter to be SEALED:  ☐ Yes  [x] No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date:   February 7, 2005

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
[x] On Pretrial Release:   Ordered by   USMJ Dein   on   2/18/05

Charging Document:  ☐ Complaint   ☐ Information   [x] Indictment

Total # of Counts:  ☐ Petty _____   ☐ Misdemeanor _____   ☐ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/16/05   Signature of AUSA: _(signature)_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Benjamin Espinoza

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  8 USC §1324(a)(1)(A)(ii) | Transporting illegal aliens | 1 |
| Set 2  8 USC 1324(a)(1)(A)(v)(I) | Conspiracy to transport illegal aliens | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**