## MORTGAGE

THIS MORTGAGE is made this __4th__ day of __March__ 20__05__, between __Benjamin V. Espinoza and Victoria A Espinoza__ presently residing at __2818 Kingston St Dallas Tx 75211__ (herein "Mortgagor(s)"), and the Clerk of the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts (herein "Mortgagee").

WITNESSETH, for consideration paid and to secure a personal bond of even date for __Benjamin Espinoza__ (herein "Defendant"), in Criminal No. __05M-1014-JGD__, before the United States District Court for the District of Massachusetts (herein "Court"), in the amount of __Twenty-five thousand dollars exactly__ ($ __25,000.00__ ) Dollars executed by the Defendant and the Mortgagor(s) in favor of the United States of America, and to secure due observance and performance of the obligation, terms, and conditions as set forth in an Order Setting Conditions of Release dated __2/11__, 20__05__, and filed with the Court, and to further secure the performance of all other covenants and agreements of or by the Defendant and Mortgagor(s) herein for the benefit of the Mortgagee, which may now exist or may hereafter exist or accrue while this Mortgage is still undischarged of record, and in furtherance of and pursuant to an escrow agreement made this day between the Mortgagor(s), the United States Attorney for the District of Massachusetts and the Mortgagee, the Mortgagor(s) hereby mortgage, with power of sale, the following parcel of real property, with the following covenants thereon, situate, lying and being in the County of __Dallas, State of Texas__, ~~Commonwealth of Massachusetts,~~ and more particularly described in the following deed:

A deed from __Don E. Hubbard__ to __Benjamin Espinoza & Victoria Espinoza__ dated __September 1__, ~~20~~__1984__, and recorded in the __Dallas County, TX__ County Registry of Deeds at Volume ~~Book~~ __3__, Page __333__ __Map Records__,

TOGETHER with all the improvements now or hereafter erected on the property, and all easements, rights, appurtenances, rents royalties, mineral, oil and gas rights and profits, water, water rights, and water stock, and all fixtures now or hereafter attached to the property, all of which, including replacements and additions thereto, shall be deemed to be and remain a part of the property covered by this Mortgage; and all of the foregoing, together with said property are hereinafter referred to as the "Property."

-3-

constituted the attorney irrevocable of the Mortgagor(s) to execute and deliver to said purchaser a full transfer of all policies of insurance on the Property at the time of such sale.

10. That the holder of this Mortgage, in any action to foreclose it, shall be entitled to the appointment of a receiver.

11. Notwithstanding any other agreement between the Mortgagor(s) and Mortgagee, or any provision of law, the Mortgagee shall not be required to discharge this Mortgage except upon order of the Court. It shall be the obligation of the Mortgagor(s) to furnish the Mortgagee with a certified copy of said order.

IN WITNESS WHEREOF, this Mortgage has been duly executed by the Mortgagor(s).

_Benjamin Espinoza_                    _Victoria Espinoza_

~~COMMONWEALTH OF MASSACHUSETTS~~
STATE OF TEXAS

~~SUFFOLK, ss~~                                            On March 3, 2005

Then personally appeared _Benjamin Espinoza and Victoria Espinoza_ and acknowledged the foregoing to be _____ free act and deed before me.

_Carol J. Newman_
NOTARY PUBLIC

My Commission Expires: 11/08/06

(MORTGAGE FORM.wpd - 05/2001)

CAROL J. NEWMAN
MY COMMISSION EXPIRES
November 08, 2006