QUITCLAIM DEED

GRANTOR: Benjamin Espinoza and Victoria Espinoza

2818 Kingston Street
Dallas, Texas 75211

GRANTEE:
United States of America

POST OFFICE ADDRESS:
Office of the Clerk
United States District Court for the District of Massachusetts
One Courthouse Way, 2d Floor
Boston, MA 02210

GRANTOR, the owners of the PROPERTY described above, and recorded with the _Dallas County Texas_ Registry of Deeds, on _September 1, 1989_, as Instrument No._Vol 3 p 373_ as such may be amended by instruments of record, hereby grants the said PROPERTY to the GRANTEE with QUITCLAIM COVENANTS.

The PROPERTY is conveyed as identified herein and as described in the prior deed recorded in the _Dallas County, Tx_ Registry of Deeds on _September 1, 1989_, subject to prior mortgage(s) and lien(s) and in conformity with the terms of the Escrow Agreement signed between Benjamin Espinoza and the Grantee on or about March 7, 2005, the purpose of which is to secure a bond in the amount of $25,000.00. The GRANTOR has received no monetary consideration in exchange for this Deed, and the it is the intention of the parties that the Deed is to be held in escrow and ultimately returned to the GRANTOR, unless he wilfully fails to appear for a scheduled court date.

Witness my/our hand and seal this __11__ day of _March_ ~~September~~, 2005.

GRANTOR(S):

_Benjamin Espinoza_ (signature)
Benjamin Espinoza

_Victoria Espinoza_ (signature)
Victoria Espinoza

STATE OF TEXAS

_____, ss.                                                              March 11, 2005

    Then personally appeared the above-named Benjamin Espinoza and Victoria Espinoza - known to me to be the person who executed the foregoing instrument and acknowledged the same to be his/her free act and deed, before me,

                                             Carol J Newman
                                         _____, Notary Public
My Commission expires: 11-08-06



CAROL J. NEWMAN
MY COMMISSION EXPIRES
November 08, 2006