UNITED STATES OF AMERICA
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 05-10060-RCL |
| v. ) | |
| ) | |
| BENJAMIN ESPINOZA ) | |
| ) | |

### MOTION FOR RELEASE OF FUNDS

The Defendant, Benjamin Espinoza, hereby moves this Honorable Court to order that the funds ($10,000.00) delivered to the clerk's office to secure the defendant's reappearance in this matter be released. The Defendant states the following grounds in support of her motion:

1.   The defendant was released in this matter upon the posting of $10,000.00 in cash at the clerk's office, and upon the condition that he later provide a bond in the amount of $25,000.00, secured by an interest in his home. The original order contemplated that the $10,000.00 in cash was not to be held together with the secured bond, but rather that it was to be provided temporarily in lieu of the bond, pending the preparation of the papers necessary to provide the bond.

2.   The defendant has now provided the secured bond required as a condition of his release, and therefore the $10,000 that was posted as temporary security must be returned.

3/23/05 Allowed. *[handwritten signature]*, USMJ

WHEREFORE, the Defendant respectfully requests this Honorable Court to allow this motion and direct the clerk's office to release the $10,000.00.

Respectfully submitted,

BENJAMIN ESPINOZA
By his Attorney

Leslie Feldman-Rumpler, Esq.
BBO # 555792
101 Tremont Street, Suite 708
Boston, MA 02108
(617) 728-9944

## CERTIFICATE OF SERVICE

The undersigned, counsel for the defendant, hereby certifies that the within document has been served on all parties of interest.

3/23/05
Date

Leslie Feldman-Rumpler, Esq.