## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  ) | Cr No. 05-10060-RCL |
| ) | |
| vs.  ) | |
| ) | |
| Benjamin Espinoza  ) | |
| Defendant  ) | |

### ORDER

The sum of $10,000.00 was deposited in the Registry of this Court on February 18, 2005 by Benjamin Espinoza, , to secure his appearance before this Court.

On March 14, 2005, the defendant provided security in the form of a real estate mortgage and related documents to secure his $25,000.00 Appearance Bond.

**NOW**, upon request from Benjamin Espinoza, for refund of said cash bail, it is

**ORDERED**, that the Clerk of the Court is hereby directed to issue a U.S. Treasury check payable to Benjamin Espinoza, in the amount of $10,000.00 representing the refund of said cash bail.

**Dated:**   March 23, 2005

_____
UNITED STATES MAGISTRATE JUDGE