LESLIE FELDMAN-RUMPLER
Attorney-at-Law
101 Tremont Street, Suite 708
Boston, Massachusetts 02108

(617) 728-9944   Telephone
Lfeldmanr@aol.com  E-mail

April 6, 2005

**BY FAX**
Mr. Thomas Quinn
Office of the Clerk
United States District Court
One Courthouse Way
Boston, MA 02210

Re:  US v. Benjamin Espinoza
     Crim No. 05M-1014-JGD

Dear Mr. Quinn:

This letter confirms our conversation yesterday, in which I informed you that I had planned to file a motion pursuant to F.R.Crim.P. Rule 10(b) to waive the arraignment of Benjamin Espinoza, or at least to waive his presence at the arraignment. My client has a copy of the indictment, and he would be entering a plea of not guilty.

Sincerely,

/S/Leslie Feldman-Rumpler

Leslie Feldman-Rumpler

LFR/
Enclosure
cc:   AUSA Robert Richardson