UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA            )
                                    )
        v.                          )    CRIMINAL NO. 05-10060-RCL
                                    )
BENJAMIN ESPINOZA                   )

                      JOINT STATUS REPORT

    The parties hereby respectfully submit their Joint Status Report addressing the issues set forth at Local Rule 116.5(a)(1)-(7) as follows:

    (1) The parties do not believe relief need be granted from the timing requirements set forth at L.R. 116.3.

    (2) The government does not anticipate offering the testimony of an expert witness.  In the event this position changes, the defendant does request discovery concerning expert witnesses under Fed. R. Crim. P. 16(a)(1)(E).  The parties propose that such discovery be provided no later than 30 days before trial and that the defendant make reciprocal disclosure no later than 15 days before trial.

    (3) The government does not expect to make additional disclosures except, if appropriate, in response to a letter request by the defendant.

    (4) The defendant does request that a motion date be established under Fed. R. Crim. P. 12(c).

    (5) This Court has already excluded the period from April 8, 2005 to and including May 6, 2005.  This Court has also provided

that an additional 14 days of excludable delay be entered in the event a discovery letter is filed.  The defendant has expressed to the government his intention to file such a letter.

(6) It appears at this juncture that a trial will be necessary.  The government estimates that its case will take two to three trial days.

(7) The parties request that an interim status conference be set during the week of June 20, 2005, by which time it will be apparent whether or not discovery disputes exist.

                                        Respectfully submitted,

| | |
|---|---|
| BENJAMIN ESPINOZA | MICHAEL J. SULLIVAN |
| | United States Attorney |
| By: /s/Leslie Feldman-Rumpler(rr) | By:  /s/Robert E. Richardson |
|     LESLIE FELDMAN-RUMPLER | ROBERT E. RICHARDSON |
|     Attorney of Record | Assistant U.S. Attorney |
|      for the defendant | |