UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10060-RCL

UNITED STATES OF AMERICA

v.

BENJAMIN ESPINOZA

## FURTHER ORDER ON EXCLUDABLE TIME

June 23, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

June 23, 2005 through July 19, 2005

that being the period between the Interim Status Conference and the next status conference.

Based upon the prior orders of the court dated April 5, 2005, May 10, 2005 and this order, as of July 19, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge