UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10060-MCL

_____
                           )
UNITED STATES OF AMERICA   )
                           )
v.                         )
                           )
BENJAMIN ESPINOZA          )
_____)

### AFFIDAVIT OF ATTORNEY LESLIE FELDMAN-RUMPLER

I, Leslie Feldman-Rumpler, do hereby depose and say as follows:

1. I am an attorney licensed and admitted to practice in all courts of the Commonwealth as well as in this Court.

2. I represent the defendant, Benjamin Espinoza, in this matter.

3. I have listened to the audiotape recording of the hearing on probable cause and detention in this matter, that took place on February 9, 2005. At that hearing, the government presented the testimony of I.C.E. Special Agent Glen Fitzpatrick.

4. In his testimony on cross-examination, Special Agent Fitzpatrick testified, among other things, that while following the van in which Mr. Espinoza was later found, he noted that the van had Texas plates and obtained registration information on the van through a national communications center. He learned that the van was registered to Jesus Zendejas of Dallas, Texas. In response to a question as to what information he had regarding Mr. Zendejas, Special Agent Fitzpatrick responded as follows:

> I had previously in another criminal case his name came up on a toll record as the defendant. A telephone was taken out in his name that had been contacted in a different [inaudible].

     5.    When asked how recent the case was, Special Agent Fitzpatrick provided a date of September, 2004.

     6.    Despite my best efforts, I have been unable to identify any criminal case commenced in September 2004 or at any other time in which Mr. Zendejas is a defendant.

SIGNED AND SWORN UNDER THE PAINS AND PENALTIES OF PERJURY.

| July 15, 2005 | /s/ Leslie Feldman-Rumpler |
|---|---|
| Date | Leslie Feldman-Rumpler, Esq. |