UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

                                    CRIMINAL NO. 05-10600-MCL

_____
                              )
UNITED STATES OF AMERICA      )
                              )
v.                            )
                              )
BENJAMIN ESPINOZA             )
_____)


         DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
                 FOR FILING OBJECTIONS TO
             MAGISTRATE'S ORDER ON DISCOVERY


    Pursuant to Rule 2(b) of the Rules for Magistrate Judges in the United States District Court for the District of Massachusetts, the defendant Benjamin Espinoza respectfully moves this Honorable Court to enlarge the time for filing objects to the order entered on July 20, to allow the filing of defendant's objection submitted this day.  Defense counsel states the following grounds in support of this motion:

    1.   On the day of the hearing on defendant's discovery motion, counsel learned she would need to have a minor surgical procedure.  The surgery took place on July 26, and defense counsel was unable to work that day and the next day.  Thus, two days were lost within the ten-day period when objections must be filed.

    2.   Counsel's other case obligations and days away from work are not the fault or responsibility of the defendant.

    3.   Counsel's failure to file a timely objection, given her

obligations in other matters combined with her abbreviated schedule during the ten-day period, was excusable.

4.   The government would not be prejudiced by the late filing of the objection.

WHEREFORE, the Defendant respectfully requests this Honorable Court to enlarge the time prescribed for filing objections to the Magistrate's Order on discovery, to include this day and allow the filing of defendant's objection this day.

    Respectfully submitted,

    BENJAMIN ESPINOZA
    By his Attorney,


    _/s/ Leslie Feldman-Rumpler_
    Leslie Feldman-Rumpler, Esq.
    BBO # 555792
    101 Tremont Street, Ste. 708
    Boston, MA 02108
    (617) 728-9944

## CERTIFICATE OF SERVICE

I, Leslie Feldman-Rumpler, hereby certify that I have caused a copy of the within document to be served electronically upon AUSA Robert Richardson.

| August 3, 2005 | /s/ Leslie Feldman-Rumpler |
| --- | --- |
| Date | Leslie Feldman-Rumpler, Esq. |