UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**      )
                                  )
    v.                            )CRIMINAL NO. 05-10060-RCL
                                  )
**BENJAMIN ESPINOZA**             )

**MOTION TO FILE RESPONSE ONE DAY LATE**

The government respectfully moves for permission to file one day late its response to the defendant's objection to a discovery order of the Magistrate Judge. As grounds therefor, the government states that the defendant filed his objection when undersigned counsel was on vacation and undersigned counsel miscalculated on his return the due date of the government's response.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                          By:  /s/Robert E. Richardson
                             ROBERT E. RICHARDSON
                             Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.:                          Boston, Massachusetts
                                        August 18, 2005

I, Robert E. Richardson, hereby certify that I caused a true and correct copy of the foregoing to be served by electronic filing this date on Leslie Feldman-Rumpler, Esq., counsel or record for the defendant.

                                      /s/ Robert E. Richardson
                                      ROBERT E. RICHARDSON