UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10060-MCL

_____
                            )
UNITED STATES OF AMERICA    )
                            )
v.                          )
                            )
BENJAMIN ESPINOZA           )
_____)

WITHDRAWAL OF OBJECTION

After review of the government's response, the defendant hereby withdraws his objection to the Magistrate's Order on Discovery.

Respectfully submitted,

BENJAMIN ESPINOZA
By his Attorney,

 /s/Leslie Feldman-Rumpler
Leslie Feldman-Rumpler, Esq.
BBO # 555792
101 Tremont Street, Ste. 708
Boston, MA 02108
(617) 728-9944

CERTIFICATE OF SERVICE

I, Leslie Feldman-Rumpler, hereby certify that I have caused a copy of the within document to be transmitted electronically to AUSA Robert Richardson this day.

 8/22/2005                           /s/Leslie Feldman-Rumpler
Date                                Leslie Feldman-Rumpler, Esq.