UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10060-RCL

UNITED STATES OF AMERICA

v.

BENJAMIN ESPINOZA

**FINAL STATUS REPORT**

October 21, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Friday, October 21, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. The parties are engaged in plea discussions, although no final resolution has been reached. The parties request an Initial Status Conference before the District Judge.

2. Discovery is completed at this time. There are no outstanding or anticipated discovery matters pending.

3. The defendant intends to file a dispositive motion, and will request a scheduling order from the District Judge.

4. The court has, on this date, entered an order on excludable time excluding the period October 21, 2005 through the Initial Status Conference before the District Judge, to enable the parties to continuing discussions regarding the resolution of this matter. Based upon the prior orders of the court dated April 5, 2005, May 10, 2005, June 23, 2005, July 19, 2005, September 23, 2005 and the order entered herewith, as of the Initial Status Conference there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried. The pendency of

    any motion filed by the defendant shall result in further time being excluded under the Speedy Trial Act.

5.    It is estimated that if the case goes to trial, it will last approximately two (2) days.

6.    The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.


               / s / Judith Gail Dein
               JUDITH GAIL DEIN
               UNITED STATES MAGISTRATE JUDGE