UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10060-RCL

UNITED STATES OF AMERICA

v.

BENJAMIN ESPINOZA

**FURTHER ORDER ON EXCLUDABLE TIME**

October 21, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following

period of time excludable from the time period within which trial must commence:

October 21, 2005 through the Initial Status Conference before the District Judge,

to enable the parties to continuing discussions regarding the resolution of this matter.

Based upon the prior orders of the court dated April 5, 2005, May 10, 2005, June

23, 2005, July 19, 2005, September 23, 2005 and this order, as of the Initial Status

Conference there will be zero (0) days of non-excludable time under the Speedy Trial

Act and seventy (70) days will remain under the Speedy Trial Act in which this case

must be tried.

　　/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge