UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10600-MCL

_____
                           )
UNITED STATES OF AMERICA   )
                           )
v.                         )
                           )
BENJAMIN ESPINOZA          )
_____)

## ASSENTED MOTION TO CONTINUE STATUS CONFERENCE

With the assent of the government, the defendant Benjamin Espinoza hereby moves this Honorable Court to continue the status conference presently scheduled for March 21, 2006 to April 11, 2006 or a date soon thereafter, at the Court's convenience. The defendant states the following grounds in support of the motion:

1.   Counsel for both parties have some scheduling-related matters that would make it difficult if not impossible to conduct a productive status conference on March 21. Among other things, counsel for the government is presently completing one trial and is scheduled to begin another on Monday, March 20. Defense counsel has an Application for Further Appellate Review due in the Massachusetts Supreme Judicial Court on Monday, March 20 and another brief due on the Massachusetts Appeals Court on March 30.

2.   Counsel for the parties anticipate that a continuance through April 11, 2006 would enable the parties to be prepared and available for a productive status conference on that date or as soon thereafter as is convenient for the Court.

3.   The parties also move that the time between March 21, 2006 and any date to which the status conference may be continued be excluded.

WHEREFORE, the defendant, with the assent of the government, respectfully requests this Honorable Court to continue the status conference presently scheduled in this matter for March 21, 2006 to April 11, 2006, or a date soon thereafter at the Court's convenience.

Respectfully submitted,

BENJAMIN ESPINOZA
By his Attorney,


 /s/Leslie Feldman-Rumpler
Leslie Feldman-Rumpler, Esq.
BBO # 555792
101 Tremont Street, Ste. 708
Boston, MA 02108
(617) 728-9944

CERTIFICATE OF SERVICE

I, Leslie Feldman-Rumpler, hereby certify that I have caused a copy of the within document to be served electronically upon AUSA Robert Richardson.

March 16, 2006            /s/ Leslie Feldman-Rumpler
Date                      Leslie Feldman-Rumpler, Esq.