```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

                               CRIMINAL NO. 05-10600-MCL
_____
                              )
UNITED STATES OF AMERICA      )
                              )
v.                            )
                              )
BENJAMIN ESPINOZA             )
_____)
```

## MOTION TO SUPPRESS

The defendant Benjamin Espinoza respectfully moves this Honorable Court to suppress the fruits of the unlawful stop and search of the van in which Benjamin Espinoza was found on or about February 7, 2005, and further to suppress the statements made by Mr. Espinoza as they were also fruits of the unlawful stop and search.  The Defendant states the following grounds in support of this motion:

    1.  On February 7, 2005, I.C.E. Special Agent Glen Fitzpatrick spotted a white van with Texas plates driving on Rte. 93 North.

    2.   In his testimony at a probable cause/detention hearing in February, 2005, Agent Fitzpatrick testified that his attention was drawn to the van because of its size and its Texas registration.

    3.   Based apparently on the size and Texas registration of the van, Agent Fitzpatrick followed the van on a suspicion that it may be carrying illegal aliens.

4.   Special Agent Fitzpatrick followed the van to a stop, approached the driver's side window, instructed the driver to stop the engine, showed his badge and identified himself as "Immigration." He then demanded "papers" from the driver, Manuel Villareal, and from Mr. Espinoza, who was in the front row passenger seat.  Id.  The defendant is, in fact, a United States citizen.

5.   Special Agent Fitzpatrick proceeded to question Mr. Villareal, Mr. Espinoza and passengers inside the van.

6.   The stop and the inquiry took place without without reasonable suspicion that a crime was being committed, in violation of Mr. Espinoza's Fourth Amendment rights.

7.   All of the information gained as a result of the stop, including the interview of Mr. Espinoza that followed, must be suppressed as the fruit of the poisonous tree.  Wong Sun v. U.S., 371 U.S. 471 (1963).

WHEREFORE, the defendant, Benjamin Espinoza, respectfully requests this Honorable Court to suppress the fruits of the stop and search of the van, including the questioning of Mr. Espinoza.

>Respectfully submitted,
>
>BENJAMIN ESPINOZA
>By his Attorney,
>
>/s/ Leslie Feldman-Rumpler
>Leslie Feldman-Rumpler, Esq.
>BBO # 555792
>101 Tremont Street, Ste. 708
>Boston, MA 02108
>(617) 728-9944

CERTIFICATE OF SERVICE

I, Leslie Feldman-Rumpler, hereby certify that I have caused a copy of the within document to be served electronically upon AUSA Robert Richardson.

| | |
|---|---|
| March 21, 2006 | /s/ Leslie Feldman-Rumpler |
| Date | Leslie Feldman-Rumpler, Esq. |