UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>   )<br>        v.                        )<br>   )<br>**BENJAMIN ESPINOZA**            ) | CRIMINAL NO. 05-10060-RCL |

**ASSENTED-T0 MOTION TO ENLARGE TIME
TO RESPOND TO MOTION TO SUPPRESS**

The government respectfully renews[1] its motion for an enlargement of time to respond to defendant's Motion to Suppress, from April 4, 2006 to and including April 11, 2006. As grounds therefor, undersigned counsel, who is responsible for the prosecution of this matter, states that, among other duties, he was continuously engaged in back-to-back trials before two other sessions of this Court from March 13, 2006 to March 27, 2006; that he participated in a competency hearing before the United States District Court sitting in Bangor, Maine on April 3, 2006; that he participated in an argument before the First Circuit that is to take place on April 5, 2006; and that the additional time requested is necessary in order to provide this Court with papers that will provide meaningful assistance in resolving the issues raised by the Motion to Suppress.

Undersigned counsel hereby certifies that he has conferred with counsel for the defendant and that the defendant, through

---

[1] This Court denied without prejudice the government's first motion seeking the relief sought herein for failure to contain the certification required by Local Rules 7.1 and 112.1.

counsel, has expressed his assent to the allowance of this motion.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:

    /s/Robert E. Richardson
    ROBERT E. RICHARDSON
    Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

    I, Robert E. Richardson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 5, 2006.

    /s/Robert E. Richardson
    ROBERT E. RICHARDSON