UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>) <br>v.         )<br>) <br>**BENJAMIN ESPINOZA**        ) | CRIMINAL NO. 05-10060-RCL |

### NOTICE UNDER L.R. 40.2

The government has received notice that the Court has scheduled a hearing on the defendant's first motion to suppress for 9:00 a.m. on May 15, 2006.  The government respectfully notifies the Court pursuant to L.R. 40.2 that undersigned counsel, who is responsible for the prosecution of this matter, has a trial scheduled to commence on the same date and at the same time in the case of United States v. Noel Neff, Criminal No. 05-10184-GAO.  Pursuant to L.R. 40.2(a)(1), the trial of United States v. Neff has precedence.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

        By:

                                        /s/Robert E. Richardson
                                        ROBERT E. RICHARDSON
                                        Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

    I, Robert E. Richardson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 25, 2006.

                                               /s/Robert E. Richardson
                                               ROBERT E. RICHARDSON