UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

                                    )
UNITED STATES OF AMERICA,           )
                                    )     CRIMINAL ACTION
vs.                                 )     NO. 05-10060-RCL
                                    )
BENJAMIN ESPINOZA                   )
                                    )
          Defendants.               )
                                    )
_____)

           DEFENDANT BENJAMIN ESPINOZA'S EX PARTE MOTION FOR
           FUNDS FOR TRAVEL TO BOSTON FOR SUPPRESSION HEARING

    Pursuant to 18 U.S.C. Section 3006A(e)(1), the Defendant, Randall Williams (hereinafter: "Defendant"), moves this Honorable Court to order: (1) the United States Marshal's Service to provide airline transportation for the Defendant to travel from Dallas, Texas to Boston on Tuesday, May 9, 2006 and to provide return airline transportation back to Dallas, Texas on May 10, 2006 after the conclusion of the hearing scheduled for 9:00 a.m. that day; and (2) Pre-Trial Services to provide food and lodging for the Defendant in Boston from the time of his arrival in Boston until after the time of his departure from Boston on May 10, 2006. Two Proposed Orders are submitted herewith. In support of his motion, the Defendant states the following grounds:

    1. A hearing on Defendan'ts Motion to Suppress is scheduled for May 10, 2006 at 9:00 a.m.

    2. The Defendant is indigent, and he lives in Dallas, Texas. If this motion is not allowed, he will not be able to travel to Boston for the hearing.

WHEREFORE, the Defendant respectfully requests this Honorable Court to order the United States Marshal's Service to provide airline transportation for Benjamin Espinoza to travel from Dallas, Texas to Boston so that he may attend the hearing on his Motion to Suppress, and to order Pre-Trial Services to provide food and lodging for the Defendant during his stay in Boston.

                                        Respectfully submitted,

                                        BENJAMIN ESPINOZA
                                        By his Attorney,

                                        Leslie Feldman-Rumpler, Esq.
                                        BBO No. 555792
                                        101 Tremont Street, Ste. 708
                                        Boston, MA  02108
                                        (617) 728-9944