UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL ACTION |
| vs. | ) | NO. 05-10060-RCL |
| | ) | |
| BENJAMIN ESPINOZA | ) | |
| | ) | |
| Defendants. | ) | |

PROPOSED ORDER

The United States Marshal's Service is hereby ordered to provide airline transportation for the Defendant, Benjamin Espinoza, to travel by air from Dallas, Texas to Boston, Massachusetts on Tuesday, May 9, 2006 so that and attend a suppression hearing in this matter scheduled for 9:00 a.m. on May 10, 2006.

IT IS SO ORDERED.


Hon. Reginald C. Lindsay
Justice,
United States District Court