UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL ACTION |
| vs. ) | NO. 05-10060-RCL |
| ) | |
| BENJAMIN ESPINOZA ) | |
| ) | |
| Defendants. ) | |

<u>ORDER</u>

Pretrial Services is hereby ordered to provide food and lodging for the Defendant, Benjamin Espinoza, from the time of his arrival in Boston on Tuesday, May 9, 2006 until the time of his departure for Dallas, Texas after the conclusion of the suppression hearing on May 10, 2006.

IT IS SO ORDERED.


Hon. Reginald C. Lindsay
Justice,
United States District Court