UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. 05-10060-RCL |
| ) | |
| BENJAMIN ESPINOZA ) | |
| Defendant ) | |

ORDER FOR TRANSPORTATION OF DEFENDANT

Pursuant to the provisions of 18 U.S.C. § 4285, the United States Marshals Service is hereby directed to provide appropriate airline transportation for the defendant, Benjamin Espinoza, to travel by air from Dallas, Texas to Boston, Massachusetts on Tuesday, May 9, 2006 so that he may attend a suppression hearing in this matter scheduled for 9:00 a.m. on May 10, 2006.

SO ORDERED.

DATED:   May 3, 2006

_____
United States District Judge