UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL ACTION |
| vs. ) | NO. 05-10060-RCL |
| ) | |
| BENJAMIN ESPINOZA ) | |
| ) | |
| Defendants. ) | |

PROPOSED ORDER

The United States Marshal's Service is hereby ordered to provide airline transportation for the Defendant, Benjamin Espinoza, to travel by air as follows: from Dallas, Texas to Boston, Massachusetts on Tuesday, May 9, 2006, and from Boston, Massachusetts to Dallas, Texas on May 10, 2006, departing at some time after 2:00 p.m.  The United States Marshall's Service is further ordered to provide food and lodging for Mr. Espinoza from the time he lands in Boston until the time he departs for Dallas, Texas.  These orders are made so that Mr. Espinoza may attend a hearing scheduled for 9:00 a.m. Wednesday, May 10, 2006 at the United States District Court in Boston.

IT IS SO ORDERED.

Hon. Reginald C. Lindsay
Justice,
United States District Court