UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | ) | |
| v. | ) | **Criminal No. 05-10060-RCL** |
| | ) | |
| **BENJAMIN ESPINOZA,** | ) | |
| Defendant | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Lindsay, J.) June 15, 2006 Order on Defendant's Motion to Suppress Evidence suppressing statements and other evidence to be used in the trial against the defendant Benjamin Espinoza (docketed on June 15, 2006).

                                                                Respectfully submitted,

                                                                MICHAEL J. SULLIVAN
                                                                United States Attorney

                        By:    /s/Robert E. Richardson
                               ROBERT E. RICHARDSON
                               Assistant U.S. Attorney

### Certificate of Service

I hereby certify that on July 12, 2006, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                     /s/Robert E. Richardson
                                                     ROBERT E. RICHARDSON
                                                     Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10060-RCL |
| | ) | |
| BENJAMIN ESPINOZA, | ) | |
| Defendant | ) | |

### CERTIFICATION

The government has filed a notice of appeal of the district court's (Lindsay, J.) June 15, 2006 Order on Defendant's Motion to Suppress Evidence suppressing statements and other evidence to be used in the trial against the defendant Benjamin Espinoza (docketed on June 15, 2006). Pursuant to 18 U.S.C. §3731, the United States Attorney hereby certifies to the district court that the appeal is not taken for the purpose of delay and that the evidence is a substantial proof of a fact material in the proceeding.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney