UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10060

United States of America

v.

Benjamin Espinoza

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-52

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/12/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 12, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 7/13/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, INTERP, MAG

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-10060-RCL-ALL

Case title: USA v. Espinoza  
Magistrate judge case number: 1:05-mj-01014-JGD

Date Filed: 03/16/2005

---

Assigned to: Judge Reginald C. Lindsay

**Defendant**

**Benjamin Espinoza** (1)    represented by **Leslie Feldman-Rumpler**
Law Office of Feldman-Rumpler
101 Tremont Street
Suite 708
Boston, MA 02108
617-728-9944
Fax: N/A
Email: lfeldmanr@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**     **Disposition**

8:1324 (a)(1)(A)(ii)-
TRANSPORTATION OF ILLEGAL
ALIENS
(1)

8:1324 (a)(1)(A)(v)(I)-CONSPIRACY
TO TRANSPORT ILLEGAL ALIENS
(2)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**     **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**     **Disposition**

8:1324.F BRINGING IN AND
HARBORING ALIENS

**Plaintiff**

USA        represented by    **Robert E. Richardson**
United States Attorney's Office
Suite 9200
1 Courthouse Way
Boston, MA 02210
617-748-3247
Fax: 617-748-3951
Email: robert.richardson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2005 | 1 | COMPLAINT as to Benjamin Espinoza (1). (Simeone, Maria) [1:05-mj-01014-JGD] (Entered: 02/08/2005) |
| 02/07/2005 |  | Attorney update in case as to Benjamin Espinoza. Attorney Leslie Feldman-Rumpler for Benjamin Espinoza added. (Quinn, Thomas) [1:05-mj-01014-JGD] (Entered: 02/08/2005) |
| 02/07/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance as to Benjamin Espinoza held on 2/7/2005; AUSA Richardson and Attorney Feldman-Rumpler for the dft.; USMJ Dein informs the dft. of his rights and charges; Dft. requests counsel and will submit cja 23 form for review; USMJ Dein appoints Attorney Feldman-Rumpler; the Govt. moves for detention and continuance; USMJ Dein orders the dft. to temporary detention pending hearing for 2/10/05 (Court Reporter D.R..) (Quinn, Thomas) [1:05-mj-01014-JGD] (Entered: 02/08/2005) |
| 02/09/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Detention Hearing and Preliminary Examination as to Benjamin Espinoza held on 2/9/2005; Interperter Szekely; AUSA Richardson and Attorney Feldman for the dft.; Govt. calls witness #1(Agent Fitzpatrick) direct exam; cross exam; closing statements; USMJ Dein finds Probable Cause and sets conditions of release; Dft. must post real estate to secure bond before his release. (Court Reporter D.R..) (Quinn, Thomas) [1:05-mj-01014-JGD] (Entered: 02/11/2005) |
| 02/14/2005 | 3 | MOTION to Modify Conditions of Release as to Benjamin Espinoza. (Filo, Jennifer) [1:05-mj-01014-JGD] (Entered: 02/15/2005) |
| 02/14/2005 | 4 | EX PARTE MOTION for Authorization of Funds as to Benjamin Espinoza. (Filo, Jennifer) [1:05-mj-01014-JGD] (Entered: 02/15/2005) |
| 02/18/2005 | 8 | Judge Judith G. Dein : ORDER entered. ORDER Setting Conditions of |

| | | |
|---|---|---|
| | | Release as to Benjamin Espinoza (1) $25,000.00 Appearance Bond secured by real property 2818 Kingston Street, Dallas, Texas (Quinn, Thomas) (Entered: 03/22/2005) |
| 02/18/2005 | 9 | Appearance Bond Entered as to Benjamin Espinoza in amount of $ 25,000.00, (Quinn, Thomas) (Entered: 03/22/2005) |
| 02/18/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Motion Hearing as to Benjamin Espinoza held on 2/18/2005 re 3 MOTION to Modify Conditions of Release filed by Benjamin Espinoza,; AUSA Richardson and Attorney Feldman-Rumpler for the dft.; USMJ Dein hears from Attorney Feldman-Rumpler and no objection from the government, USMJ Dein allows motion to modify conditions of release to allow dft. to make $10,000.00 cash deposit with the Clerk's Office until the real estate is posted to secure the $25,000.00 Appearance Bond. Dft. has 2 weeks from today to file real estate documents. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 03/22/2005) |
| 03/04/2005 | 5 | MOTION for Extension of Time to 3/14/05 to File secured bond as to Benjamin Espinoza. (Simeone, Maria) [1:05-mj-01014-JGD] (Entered: 03/04/2005) |
| 03/07/2005 | | Judge Judith G. Dein: Endorsed ORDER entered granting 5 Motion for Extension of Time as to Benjamin Espinoza (1). Secure bond to be posed by March 14, 2005. (Irwin, Nancy) [1:05-mj-01014-JGD] (Entered: 03/07/2005) |
| 03/14/2005 | 10 | RECORDED MORTGAGE as to Benjamin Espinoza (Quinn, Thomas) (Entered: 03/22/2005) |
| 03/14/2005 | 11 | Real Property Documents Filed with the Clerk's Office as to Benjamin Espinoza for property located at 2818 Kingston Street, Dallas Texas,. Documents surrendered: Escrow Agreement,. (Quinn, Thomas) (Entered: 03/22/2005) |
| 03/14/2005 | 12 | Real Property Documents Filed with the Clerk's Office as to Benjamin Espinoza for property located at 2818 Kingston Street, Dallas Texas,. Documents surrendered: Quitclaim Deed,. (Quinn, Thomas) (Entered: 03/22/2005) |
| 03/16/2005 | 6 | INDICTMENT as to Benjamin Espinoza (1) count(s) 1, 2. (Diskes, Sheila) (Entered: 03/17/2005) |
| 03/16/2005 | 7 | Judge Reginald C. Lindsay : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: Pretrial as to Benjamin Espinoza (Diskes, Sheila) (Entered: 03/17/2005) |
| 03/23/2005 | 13 | MOTION for Release of Funds as to Benjamin Espinoza. (Quinn, Thomas) (Entered: 03/24/2005) |
| 03/23/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 13 Motion for Release of Funds as to Benjamin Espinoza (1) (Quinn, Thomas) (Entered: 03/24/2005) |

| 03/23/2005 | 14 | Judge Judith G. Dein : ORDER entered. as to Benjamin Espinoza (Quinn, Thomas) (Entered: 03/24/2005) |
|---|---|---|
| 04/05/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Benjamin Espinoza (1) Count 1,2 entered on 4/5/2005, Pursuant to the defendant, Benjamin Espinoza request to waive his presence at arraignment, USMJ Dein entered Not Guilty Plea on behalf of defendant. 1st status conference is scheduled for 5/10/05 @ 3:00pm. (Court Reporter none.) (Quinn, Thomas) (Entered: 04/07/2005) |
| 04/05/2005 | 16 | Judge Judith G. Dein : ORDER entered. SCHEDULING ORDER as to Benjamin Espinoza Status Conference set for 5/10/2005 03:00 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 04/14/2005) |
| 04/05/2005 | 17 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Benjamin Espinoza Time excluded from 4/8/05 until 5/6/05. (Quinn, Thomas) (Entered: 04/14/2005) |
| 04/06/2005 | 15 | Letter RE: F.R. Crim.P. Rule 10 (b) waiver of defendant's presence at arraignment. (Quinn, Thomas) (Entered: 04/07/2005) |
| 05/10/2005 | 18 | Memorandum regarding Joint Status Report as to Benjamin Espinoza (Richardson, Robert) (Entered: 05/10/2005) |
| 05/10/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Benjamin Espinoza held on 5/10/2005; AUSA Richardson and Attorney Rumpler report case status and seek further conference for 6/23/05 @ 300pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 05/10/2005) |
| 05/10/2005 | 19 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Benjamin Espinoza Status Conference set for 6/23/2005 03:00 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 05/11/2005) |
| 05/10/2005 | 20 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Benjamin Espinoza Time excluded from 5/6/05 until 6/23/05. (Quinn, Thomas) (Entered: 05/11/2005) |
| 06/22/2005 | 21 | MOTION for Discovery as to Benjamin Espinoza. (Feldman-Rumpler, Leslie) (Entered: 06/22/2005) |
| 06/22/2005 | 22 | MEMORANDUM in Support by Benjamin Espinoza re 21 MOTION for Discovery *Memorandum in Support of Motion for Discovery* (Feldman-Rumpler, Leslie) (Entered: 06/22/2005) |
| 06/23/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Benjamin Espinoza held on 6/23/2005; AUSA Richardson and Attorney Rumpler report discovery is ongoing and dft. has filed discovery motion; Govt. will file response and hearing and status is set for 7/19/05 @ 10:15am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 06/23/2005) |

| | | |
|---|---|---|
| 06/23/2005 | 23 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Benjamin Espinoza Status Conference set for 7/19/2005 10:15 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 06/24/2005) |
| 06/23/2005 | 24 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Benjamin Espinoza Time excluded from 6/23/05 until 7/19/05. (Quinn, Thomas) (Entered: 06/24/2005) |
| 07/05/2005 | 25 | Opposition by USA as to Benjamin Espinoza re 21 MOTION for Discovery (Richardson, Robert) (Entered: 07/05/2005) |
| 07/16/2005 | 26 | AFFIDAVIT by Benjamin Espinoza (Feldman-Rumpler, Leslie) (Entered: 07/16/2005) |
| 07/19/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Motion Hearing as to Benjamin Espinoza held on 7/19/2005 re 21 MOTION for Discovery filed by Benjamin Espinoza,; AUSA Richardson and Attorney Rumpler make arguments and USMJ Dein allowed in part and denied in part. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 07/21/2005) |
| 07/19/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Benjamin Espinoza held on 7/19/2005; AUSA Richardson and Attorney Rumpler report case status and seek further conference for 9/13/05 @ 2:00pm. (Court Reporter 7/19/05.) (Quinn, Thomas) (Entered: 07/21/2005) |
| 07/19/2005 | 27 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Benjamin Espinoza Status Conference set for 9/13/2005 02:00 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 07/22/2005) |
| 07/19/2005 | 28 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Benjamin Espinoza Time excluded from 7/19/05 until 9/13/05. (Quinn, Thomas) (Entered: 07/22/2005) |
| 07/20/2005 | | Judge Judith G. Dein : Electronic ORDER entered allowing 3 Motion to Modify Conditions of Release as to Benjamin Espinoza nunc pro tunc February 18, 2005(1) (Dein, Judith) (Entered: 07/20/2005) |
| 07/20/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting in part and denying in part 21 Motion for Discovery as to Benjamin Espinoza (1) Government is to produce the contact information for driver. Based on the Government's representation that the witness was not referring to a charged criminal case when he testified about basis for approaching vehicle, no further discovery on that issue is ordered. (Dein, Judith) (Entered: 07/20/2005) |
| 08/03/2005 | 29 | First MOTION for Extension of Time to 8/3/2005 to File Objection to Magistrate's Order on Discovery as to Benjamin Espinoza. (Feldman-Rumpler, Leslie) (Entered: 08/03/2005) |
| 08/03/2005 | 30 | Objection as to Benjamin Espinoza: (Feldman-Rumpler, Leslie) (Entered: |

| | | |
|---|---|---|
| | | 08/03/2005) |
| 08/18/2005 | 31 | MOTION for Extension of Time to August 18, 2005 to File response to defendant's discovery objection as to Benjamin Espinozaby USA. (Richardson, Robert) (Entered: 08/18/2005) |
| 08/18/2005 | 32 | RESPONSE to Motion by USA as to Benjamin Espinoza re 29 First MOTION for Extension of Time to 8/3/2005 to File Objection to Magistrate's Order on Discovery (Richardson, Robert) (Entered: 08/18/2005) |
| 08/22/2005 | 33 | WITHDRAWAL of Motion by Benjamin Espinoza *Withdrawal of Objection to Magistrate's Discovery Order* (Feldman-Rumpler, Leslie) (Entered: 08/22/2005) |
| 08/22/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered finding as moot 29 Motion for Extension of Time to File as to Benjamin Espinoza (1); finding as moot 31 Motion for Extension of Time as to Benjamin Espinoza (1) (Hourihan, Lisa) (Entered: 08/22/2005) |
| 08/26/2005 | 34 | MOTION Ex-Parte Filed. (York, Steve) (Entered: 08/26/2005) |
| 09/07/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting [34]Ex-Parte Motion as to Benjamin Espinoza (1) (York, Steve) (Entered: 09/07/2005) |
| 09/23/2005 | | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Benjamin Espinoza held on 9/23/2005; AUSA Richardson and Attorney Rumpler report discovery issue is pending and seek further conference for 10/21/05 @ 9:45am. (Court Reporter DR.) (Quinn, Thomas) (Entered: 09/23/2005) |
| 09/23/2005 | 35 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Benjamin Espinoza Status Conference set for 10/21/2005 09:45 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 09/23/2005) |
| 09/23/2005 | 36 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Benjamin Espinoza Time excluded from 9/13/05 until 10/21/05. (Quinn, Thomas) (Entered: 09/23/2005) |
| 10/21/2005 | | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Final Status Conference as to Benjamin Espinoza held on 10/21/2005; AUSA Richardson and Attorney Feldman report discovery is complete and case is ripe for the district court. USMJ DEIN will issue report and return file to district court. (Court Reporter dr.) (Quinn, Thomas) (Entered: 10/24/2005) |
| 10/21/2005 | 37 | Judge Judith G. Dein : ORDER entered. FINAL STATUS REPORT as to Benjamin Espinoza (Quinn, Thomas) (Entered: 10/24/2005) |
| 10/21/2005 | 38 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Benjamin Espinoza (Quinn, Thomas) (Entered: 10/24/2005) |

| 10/31/2005 | | ELECTRONIC NOTICE OF HEARING as to Benjamin Espinoza Status Conference set for 11/8/2005 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 10/31/2005) |
|---|---|---|
| 11/07/2005 | | ELECTRONIC NOTICE OF RESCHEDULING as to Benjamin Espinoza Status Conference reset for 11/16/2005 02:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 11/07/2005) |
| 11/16/2005 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Status Conference as to Benjamin Espinoza held on 11/16/2005. Counsel report on the status of the case and request a further status be set. Further Status Conference set for 1/11/2006 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. Court orders all time excluded from 11/16/05 - 1/11/06.(Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 11/17/2005) |
| 11/16/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered. ORDER ON EXCLUDABLE DELAY as to Benjamin Espinoza Time excluded from 11/16/05 until 1/11/06. (Hourihan, Lisa) (Entered: 11/17/2005) |
| 01/11/2006 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Status Conference as to Benjamin Espinoza held on 1/11/2006. Counsel report that case will not be worked out and request time to file a suppression motion. Deadline for filing motion to suppress 3/21/06. All time excluded from 1/11/06 - 3/21/06. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 01/12/2006) |
| 01/11/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered. ORDER ON EXCLUDABLE DELAY as to Benjamin Espinoza Time excluded from 1/11/06 until 3/21/06. (Hourihan, Lisa) (Entered: 01/12/2006) |
| 03/16/2006 | 39 | First MOTION to Continue *Status Conference (Assented)* to 4/11/2006 to status conference and motions as to Benjamin Espinoza. (Feldman-Rumpler, Leslie) (Entered: 03/16/2006) |
| 03/20/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered denying 39 Motion to Continue as to Benjamin Espinoza (1). This case was not set for a status conference for 3/21/06. That date is the deadline for filing a motion to suppress. If counsel needs an extension of the filing date, she must do so by way of motion. (Hourihan, Lisa) (Entered: 03/20/2006) |
| 03/21/2006 | 40 | First MOTION to Suppress as to Benjamin Espinoza. (Feldman-Rumpler, Leslie) (Entered: 03/21/2006) |
| 04/04/2006 | 41 | MOTION for Extension of Time to 4/11/06 to File Response to Motion to Suppress as to Benjamin Espinozaby USA. (Richardson, Robert) (Entered: 04/04/2006) |
| 04/05/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered denying 41 Motion for Extension of Time to File as to Benjamin Espinoza (1)This motion is denied without prejudice, because it does not contain the certification required by Local Rules 112.1 and 7.1. (Hourihan, Lisa) |

|            |    | (Entered: 04/05/2006) |
|------------|----|------------------------|
| 04/05/2006 | 42 | Assented to MOTION for Extension of Time to 4/11/06 to File Response to Motion to Suppress as to Benjamin Espinozaby USA. (Richardson, Robert) (Entered: 04/05/2006) |
| 04/11/2006 | 43 | Opposition by USA as to Benjamin Espinoza re 40 First MOTION to Suppress (Richardson, Robert) (Entered: 04/11/2006) |
| 04/24/2006 |    | ELECTRONIC NOTICE OF HEARING ON MOTION as to Benjamin Espinoza 40 First MOTION to Suppress: Motion Hearing set for 5/15/2006 09:00 AM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 04/24/2006) |
| 04/24/2006 |    | Judge Reginald C. Lindsay : Electronic ORDER entered granting 42 Motion for Extension of Time to File Response to Motion to Suppress as to Benjamin Espinoza (1) (Hourihan, Lisa) (Entered: 04/24/2006) |
| 04/25/2006 | 44 | NOTICE *Under L.R. 40.2 by U.S.A.* by Benjamin Espinoza re Notice of Hearing on Motion (Richardson, Robert) (Entered: 04/25/2006) |
| 04/26/2006 |    | ELECTRONIC NOTICE OF RESCHEDULING HEARING ON MOTION as to Benjamin Espinoza 40 First MOTION to Suppress: Motion Hearing reset for 5/10/2006 09:00 AM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 04/26/2006) |
| 05/01/2006 | 45 | MOTION for Authorization of Services or Funds *for Travel* as to Benjamin Espinoza. (Feldman-Rumpler, Leslie) (Entered: 05/01/2006) |
| 05/01/2006 | 46 | PROPOSED ORDER(S) submitted by Benjamin Espinoza (Feldman-Rumpler, Leslie) (Entered: 05/01/2006) |
| 05/01/2006 | 47 | PROPOSED ORDER(S) submitted by Benjamin Espinoza (Feldman-Rumpler, Leslie) (Entered: 05/01/2006) |
| 05/04/2006 | 48 | Judge Reginald C. Lindsay : ORDER entered. Order for Transportation of Defendant as to Benjamin Espinoza (York, Steve) (Entered: 05/04/2006) |
| 05/08/2006 | 49 | PROPOSED ORDER(S) submitted by Benjamin Espinoza (Feldman-Rumpler, Leslie) (Entered: 05/08/2006) |
| 05/09/2006 |    | Set/Reset Deadlines re Motion in case as to Benjamin Espinoza 40 First MOTION to Suppress. Motion Hearing set for 5/10/2006 11:00 AM in Courtroom 11 before Judge Reginald C. Lindsay. (NOTE TIME CHANGE ONLY) (Hourihan, Lisa) (Entered: 05/09/2006) |
| 05/09/2006 | 50 | Judge Reginald C. Lindsay : ORDER entered. as to Benjamin Espinoza (York, Steve) (Entered: 05/09/2006) |
| 05/10/2006 |    | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Motion Hearing as to Benjamin Espinoza held on 5/10/2006 re 40 First MOTION to Suppress filed by Benjamin Espinoza. Opening statements by counsel. Government's evidence begins with the examination of Glenn Fitzpatrick; cross-examination; re-direct. Closing |

| | | |
|---|---|---|
| | | arguments. Matter taken under advisement. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 05/10/2006) |
| 06/15/2006 | 51 | Judge Reginald C. Lindsay : ORDER entered granting 40 Motion to Suppress as to Benjamin Espinoza for reasons stated in the accompanying written order. (Lindsay, Reginald) (Entered: 06/15/2006) |
| 06/19/2006 | | ELECTRONIC NOTICE OF HEARING as to Benjamin Espinoza Status Conference set for 6/27/2006 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 06/19/2006) |
| 06/27/2006 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Status Conference as to Benjamin Espinoza held on 6/27/2006. Government informs the court that they may be filing a notice of appeal. Further Status Conference set for 8/23/2006 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 06/27/2006) |
| 07/12/2006 | 52 | NOTICE OF APPEAL (Interlocutory) by USA as to Benjamin Espinoza re 51 Order on Motion to Suppress. (Filing fee not paid). Appeal Record due by 8/1/2006. (Attachments: # 1)(Richardson, Robert) . (Entered: 07/12/2006) |