UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10600-RCL

_____ )
UNITED STATES OF AMERICA )
                         )
v.                       )
                         )
BENJAMIN ESPINOZA        )
_____)

<u>MOTION FOR THE APPOINTMENT OF INTERIM COUNSEL</u>

The Defendant, Benjamin Espinoza, hereby moves this Honorable Court to appoint Attorney Lenore Glaser to serve as interim counsel for him from September 15, 2006, through December 30, 2006 or until the undersigned counsel returns to work, whichever is sooner.  The following grounds are offered in support of this motion:

1.    The defendant is indigent, and is represented by the undersigned counsel by appointment under the Criminal Justice Act. 18 U.S.C. §3006A.

2.    Counsel is a sole practitioner, and is planning a maternity leave, to commence on September 15 with a return date in mid-late December.

3.    This matter is presently inactive with no future dates set, as the government is awaiting word from the Solicitor General's Office as to whether or not an interlocutory appeal of this Court's suppression order will be pursued.

4.    Charlie Rankin, chair of the C.J.A. Board, has directed counsel to file this motion so that in the event any difficulties arise with the defendant's release conditions during counsel's absence, there will be interim counsel to represent Mr. Espinoza.

5.    Mr. Espinoza lives in Texas, where he has been released on a bond secured by his home for well over a year without incident.  His primary language is Spanish.  Attorney Glaser is fluent in Spanish, and has agreed to serve as interim counsel if the Court allows this motion.

6.    Counsel has spoken with Mr. Espinoza by telephone, and has explained the circumstances of her leave and the contents of this motion.  Counsel has also provided Attorney Glaser's contact information to Mr. Espinoza.

WHEREFORE, Mr. Espinoza respectfully request that this Honorable Court appoint Attorney Lenore Glaser as interim counsel for the defendant from September 15 through December 30, with an earlier return date in the event that counsel returns to work earlier.

Respectfully submitted,

BENJAMIN ESPINOZA
By his Attorney,

_____
Leslie Feldman-Rumpler, Esq.
BBO # 555792
101 Tremont Street, Ste. 708
Boston, MA 02108
(617) 728-9944