UNITED STATES OF AMERICA
                 FOR THE DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA )
                         )    CRIMINAL NO.    05-10060-RCL
v.                       )
                         )
BENJAMIN ESPINOZA        )
_____)

            MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

   The defendant hereby moves this Honorable Court to modify the conditions of his release by allowing him to removing the restrictions on his travel and allow him to travel freely within the continental United States.  The defendant states the following grounds in support of his motion:

   The Defendant has been on pretrial release for over a year and a half, and has fully complied with the conditions of his release.  He is released on a bond secured by a mortgage on his home.  He is working full time, but is interested in changing jobs.  He has the possibility of employment with a trucking company, but the job would require him to drive a truck both within the state of Texas and outside the state.

   Defense counsel has discussed this motion with AUSA Robert Richardson and also with Jacob Vasquez, the defendant's pretrial services officer in Dallas, Texas.  AUSA Richardson has no objection to the motion.  Pretrial services officer Vasquez

offered his opinion that Mr. Espinoza no longer requires bonded supervision, and has expressed no opposition to the motion.

WHEREFORE, the defendant respectfully requests this Honorable Court to modify the defendant's conditions of release by removing the restrictions on his travel and replacing them with an order that she may travel anywhere within the continental United States without special permission.

                                            BENJAMIN ESPINOZA
                                            By his Attorney,


                                            __/Leslie Feldman-Rumpler____
                                            Leslie Feldman-Rumpler, Esq.
                                            101 Tremont Street, Ste. 708
                                            Boston, MA  02109
                                            (617) 728-9944

## CERTIFICATE OF SERVICE

I, Leslie Feldman-Rumpler, attorney for the Defendant, hereby certify that I have served a copy of the within motion by causing a copy to be e-mailed to: AUSA Robert Richardson, Office of the United States Attorney, One Courthouse Way, 9th Floor, Boston, MA 02210.


_9/12/06_____                                   /Leslie Feldman-Rumpler_____
Date                                          Leslie Feldman-Rumpler, Esq.