UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10060

UNITED STATES OF AMERICA
v.
BENJAMIN ESPINOZA

**MOTION TO WITHDRAW AS APPOINTED COUNSEL AND TO REINSTATE THE APPOINTMENT OF LESLIE FELDMAN-RUMPLER**

The undersigned attorney moves this Honorable Court to withdraw her appearance as counsel for the above named defendant.. She was appointed as stand-by counsel for Leslie Feldman- Rumpler, while she was on maternity leave. Ms. Feldman-Rumpler has returned to work. The undersigned attorney incurred no expenses during this period and had no communication with the defendant, except for correspondence to let him know why an interim attorney was appointed.

Respectfully Submitted,

BENJAMIN ESPINOZA
By his attorney,

/s/ Lenore Glaser                                    Dated: January 16, 2007
Lenore Glaser, Esq.
One Commercial Wharf N. 2nd Floor
Boston, MA 02110
(617) 753-9988
BBO # 194220

**CERTIFICATE OF SERVICE**

I, Lenore Glaser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 16, 2007.

/s/ Lenore Glaser
Lenore Glaser, Esq.