# United States Court of Appeals
## For the First Circuit

05-10060
massachusetts (B)
R. Lindsay

No. 06-2065

UNITED STATES OF AMERICA,

Appellant,

v.

BENJAMIN ESPINOZA,

Defendant, Appellee.

**MANDATE**

### JUDGMENT

Entered: June 13, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order suppressing the evidence is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*Jennifer Calardo*
Deputy Clerk
Date: 9/4/07

By the Court:

*[signature]*
Richard Cushing Donovan, Clerk

[cc: Ms. Feldman-Rumpler, Mr. Richardson & Ms. Chaitowitz.]