UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 05-10060-RCL |
| | ) |
| BENJAMIN ESPINOZA | ) |

### DISMISSAL OF INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the above-captioned Indictment. In support of this dismissal, the government states that, in light of this Court's order suppressing evidence, as affirmed by the Court of Appeals for the First Circuit, further prosecution of this matter would not be in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

11/15/7

Leave to File Granted:

_____
Reginald C. Lindsay, Judge
United States District Court